# UNITED STATES DISTRICT COURT
for the

Western District of NY

| | |
|---|---|
| JARAMILLO RAMIRO LOACHAMIN,<br>*Plaintiff*<br>v.<br>ACTING DIRECTOR STEVE KURZDORFER, in his official capacity as Director of Buffalo Field Office of U.S. Immigration and Customs Enforcement, et al.,<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.  25-CV-6124-MAV |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other:   The petition for habeas corpus is DISMISSED WITHOUT PREJUDICE.
_____ .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge   Elizabeth A. Wolford   on a motion for   na  dismissing petition without prejudice. _____ .

Date:   07/25/2025

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*